IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LYNN KEEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:10-cv-00326 |
| v. ) | |
| ) | Judge Marvin E. Aspen |
| HAVI GROUP, THE MARKETING STORE ) | |
| WORLDWIDE L.L.C., and THE ) | Magistrate Judge Nan R. Nolan |
| MARKETING STORE WORLDWIDE U.S. ) | |
| L.P., ) | |
| Defendants. ) | |

**DEFENDANTS' DISCLOSURE STATEMENT OF AFFILIATES**

Defendants HAVI Group, The Marketing Store Worldwide L.L.C., and The Marketing Store Worldwide U.S. L.P., by and through their attorneys, hereby provide the following Disclosure Statement of Affiliates pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2.

1. Defendants certify that The Marketing Store Worldwide U.S. L.P. is a Delaware limited partnership and a wholly owned subsidiary of The Marketing Store Worldwide L.L.C.

2. Defendants certify that The Marketing Store Worldwide L.L.C. is a Delaware limited liability company and a wholly owned subsidiary of its members, HAVI Group L.P. and HAVI Group Inc.

3. Defendants certify that HAVI Group L.P. is a Delaware limited partnership and has no parent. Defendants also certify that no publicly held corporation owns 5% or more of HAVI Group L.P.

4. Defendants certify that HAVI Group Inc. is a Delaware corporation and has no parent. Defendants also certify that no publicly held corporation owns 5% or more of HAVI Group Inc.

HAVI GROUP, THE MARKETING STORE WORLDWIDE L.L.C., and THE MARKETING STORE WORLDWIDE U.S. L.P.,

By: /s/Daniel O. Canales
    One of Their Attorneys

Michael H. Cramer (ARDC #6199313)
Carol A. Poplawski (ARDC #6192132)
Daniel O. Canales (ARDC #6296027)
Eva R. Lewis (ARDC #6300347)
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
20 South Clark Street, 25th Floor
Chicago, Illinois 60603-1891
Phone: (312) 558-1220
*Attorneys for Defendants*

Date: May 7, 2010

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 7th day of May, 2010, the foregoing **DEFENDANTS' DISCLOSURE STATEMENT OF AFFILIATES** was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

>Kristin M. Case
>Kate Sedey
>THE CASE LAW FIRM LLC
>150 North Michigan Avenue, Suite 800
>Chicago, IL 60601
>kcase@thecaselawfirm.com
>ksedey@thecaselawfirm.com

>/s/Daniel O. Canales
>*Attorney for Defendants*

8500369.1 (OGLETREE)